**STATE OF FLORIDA, on the Relation of Ivey H. Smith, trading and doing business under the firm name of Ivey H. Smith Company, v. J. M. LEE, as Comptroller of the State of Florida.**

22 So. (2nd) 813                                                June Term, 1945
July 20, 1945                                                         En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS, and SEBRING, JJ., concur.